1  LATHAM & WATKINS LLP
   Melanie M. Blunschi (CA Bar No. 234264)
2   *melanie.blunschi@lw.com*
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
4  Facsimile:  +1.415.395.8095

5

6  *Attorney for Defendants Maverick Carter, Gregory B. Maffei, Ping Fu, Michael*
7  *Rapino, Jeffrey T. Hinson, Chad Hollingsworth, Randall T. Mays, Latriece*
8  *Watkins, Rich Paul, Dana Walden, James S. Kahan, Jimmy Iovine, Joe Berchtold, Brian*
9  *Capo, John Hopmans, Michael Rowles, Daniel M. Wall, and Nominal Defendant*
10 *Live Nation Entertainment, Inc.*

11 *[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN WILLIAMS, derivatively on behalf of Live Nation Entertainment, Inc., | CASE No. 2:24-cv-05225-KK (ASx) |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| MAVERICK CARTER, GREGORY B. MAFFEI, PING FU, MICHAEL RAPINO, JEFFREY T. HINSON, CHAD HOLLINGSWORTH, RANDALL T. MAYS, LATRIECE WATKINS, RICH PAUL, DANA WALDEN, JAMES S. KAHAN, JIMMY IOVINE, JOE BERCHTOLD, BRIAN CAPO, JOHN HOPMANS, MICHAEL ROWLES, DANIEL M. WALL, and TIMOTHY J. LEIWEKE, | |
| Defendants, | |
| and | |
| LIVE NATION ENTERTAINMENT, INC., | |
| Nominal Defendant. | |

In compliance with the Court's August 14, 2024 order (Dkt. No. 34), the Parties — Plaintiff John Williams ("Plaintiff"), derivatively on behalf of Nominal Defendant Live Nation Entertainment, Inc. ("Live Nation"), and Defendants Maverick Carter, Gregory B. Maffei, Ping Fu, Michael Rapino, Jeffrey T. Hinson, Chad Hollingsworth, Randall T. Mays, Latriece Watkins, Rich Paul, Dana Walden, James S. Kahan, Jimmy Iovine, Joe Berchtold, Brian Capo, John Hopmans, Daniel M. Wall, Michael Rowles (together with Live Nation, the "Live Nation Defendants"), and Timothy J. Leiweke, and Nominal Defendant Live Nation — jointly report as follows:

1. On August 4, 2023, the case captioned *Donley v. Live Nation Entertainment, Inc.*, No. 2:23-cv-6343-KK (ASx), was commenced in this Court, alleging violations of federal securities laws by Live Nation and Defendants Rapino and Berchtold on behalf of a putative class of Live Nation shareholders (the "Securities Action").

2. On June 21, 2024, Plaintiff commenced this shareholder derivative action (the "Derivative Action") in this Court, alleging some of the same events and transactions underlying the Securities Action.

3. On August 13, 2024, the Parties stipulated that, because the resolution of the Securities Action may help inform the Parties and Court on the manner in which the Derivative Action should proceed, the Derivative Action should be stayed pending final resolution of the Securities Action. Dkt. No. 32 at 3.

4. On August 14, 2024, the Court approved the Parties' stipulation regarding the stay of the Derivative Action and directed the Parties to submit a status report after meeting and conferring on a quarterly basis regarding the status of the Securities Action. Dkt. No. 34 at 2–3.

5. On December 13, 2024, the Parties in the Securities Action filed a Joint Stipulation for Stay Pending Settlement, which the Court granted on December 16, 2024. Securities Action Dkt. Nos. 80 and 81.

6. In compliance with the Court's directives, counsel for Plaintiff and the Live Nation Defendants met and conferred via email the week of February 3, 2025, and via Zoom on February 12, 2025. The Parties agree that, because the Securities Action is still pending without final resolution, this Derivative Action should remain stayed.

Dated: February 20, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ *Melanie Blunschi*
Melanie Blunschi (CA Bar No. 234264)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*melanie.blunschi@lw.com*

Jordan D. Cook (CA Bar No. 293394)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290
*jordan.cook@lw.com*

*Attorneys for Defendants Maverick Carter, Gregory B. Maffei, Ping Fu, Michael Rapino, Jeffrey T. Hinson, Chad Hollingsworth, Randall T. Mays, Latriece Watkins, Rich Paul, Dana Walden, James S. Kahan, Jimmy Iovine, Joe Berchtold, Brian Capo, John Hopmans, Michael Rowles, Daniel M. Wall, and Nominal Defendant Live Nation Entertainment, Inc.*

O'MELVENY & MYERS LLP

By /s/ *Megan K. Smith*
Megan K. Smith (CA Bar No. 307381)

1999 Avenue of the Stars, Ste 700
Los Angeles, California 90067
Telephone: +1.310.553.6700
Facsimile: +1.310.246.6779
*megansmith@omm.com*

*Attorney for Defendant Timothy J. Leiweke*

BOTTINI & BOTTINI, INC.

By /s/ *Albert Y. Chang*
Francis A. Bottini, Jr. (CA Bar No. 175783)
Albert Y. Chang (CA Bar No. 296065)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
*fbottini@bottinilaw.com*
*achang@bottinilaw.com*

*Attorneys for Plaintiff*

**SIGNATURE ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

DATED: February 20, 2025                     /s/ Melanie M. Blunschi
                                                                 Melanie M. Blunschi